```
                      Rollins Chiropractic                Page 1
                       PRACTICE ANALYSIS                  122904
                          12-29-04

Total Charges                      $640,936.00  10030
Total Inside Lab                        $0.00       0
Total Outside Lab                       $0.00       0
Total Patient Check Payments            $0.00       0
Total Patient Cash Payments             $0.00       0
Total Check Co-payments                 $0.00       0
Total Cash Co-payments                  $0.00       0
Total Credit Card Payments              $0.00       0
Total Insurance Payments          -291,656.94    1831
Total Patient Debit Adj             $3,950.04      27
Total Patient Credit Adj          -351,474.30    1759
Total Insurance Debit Adj               $0.00       0
Total Insurance Credit Adj              $0.00       0
Net Effect on Accts Receivable      $1,754.80   13647

Total Receivable                  $125,853.35
```

EXHIBIT A

```
                              Rollins Chiropractic                    Page 1
                              PRACTICE ANALYSIS                       122905
                                  12-29-05

Total Charges                         $676,676.00  10532
Total Inside Lab                            $0.00      0
Total Outside Lab                           $0.00      0
Total Patient Check Payments                $0.00      0
Total Patient Cash Payments                 $0.00      0
Total Check Co-payments                     $0.00      0
Total Cash Co-payments                      $0.00      0
Total Credit Card Payments                  $0.00      0
Total Insurance Payments             -304,208.31   2105
Total Patient Debit Adj                 $3,270.68     27
Total Patient Credit Adj             -397,761.48   2137
Total Insurance Debit Adj                   $0.00      0
Total Insurance Credit Adj                  $0.00      0
Net Effect on Accts Receivable        -22,023.11  14801

Total Receivable                      $106,353.24
```

```
                         Rollins Chiropractic
                          PRACTICE ANALYSIS
                             12-30-06

Total Charges                      $905,601.00  12400
Total Inside Lab                         $0.00      0
Total Outside Lab                        $0.00      0
Total Patient Check Payments             $0.00      0
Total Patient Cash Payments              $0.00      0
Total Check Co-payments                  $0.00      0
Total Cash Co-payments                   $0.00      0
Total Credit Card Payments               $0.00      0
Total Insurance Payments           -373,543.67   2405
Total Patient Debit Adj              $5,683.56     37
Total Patient Credit Adj           -519,089.15   2544
Total Insurance Debit Adj                $0.00      0
Total Insurance Credit Adj               $0.00      0
Net Effect on Accts Receivable      $18,651.74  17386

Total Receivable                   $130,279.80
```

Rollins Chiropractic                                      Page 1
PRACTICE ANALYSIS                                         082507
08-25-07

*Year To Date   1/1/07 to 8/25/07*

```
Total Charges                      $621,235.96   8459
Total Inside Lab                         $0.00      0
Total Outside Lab                        $0.00      0
Total Patient Check Payments             $0.00      0
Total Patient Cash Payments              $0.00      0
Total Check Co-payments                  $0.00      0
Total Cash Co-payments                   $0.00      0
Total Credit Card Payments               $0.00      0
Total Insurance Payments          -247,508.37   1519
Total Patient Debit Adj              $3,049.22     18
Total Patient Credit Adj          -366,554.99   1665
Total Insurance Debit Adj                $0.00      0
Total Insurance Credit Adj               $0.00      0
Net Effect on Accts Receivable      $10,221.82  11661

Total Receivable                   $146,818.62
```