|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Business Income | 375,044. | 367,523. | 373,208. | 372,134. | 375,855. |
|  |  |  |  |  |  |
| Personal Expenses | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
| Mortgage P & I | 28,020. | 44,040. | 44,040. | 44,040. | 44,040. |
| Real Estate Tax & Ins. | 17,800. | 9,000. | 9,500. | 10,000. | 10,500. |
| Electric & Gas | 6,000. | 5,800. | 6,000. | 6,100. | 6,200. |
| Water & Sewer | 1,200. | 1,200. | 1,300. | 1,300. | 1,300. |
| Phone & Cable | 1,200. | 1,200. | 1,400. | 1,400. | 1,450. |
| Home Maintenance | 2,900. | 5,000. | 5,000. | 6,000. | 6,000. |
| Food & Home Supplies | 8,400. | 8,400. | 8,700. | 8,900. | 9,000. |
| Clothing | 3,300. | 3,500. | 3,600. | 4,000. | 4,100. |
| Dry Cleaning | 300. | 300. | 400. | 400. | 400. |
| Medical/Dental CoPays | 3,000. | 3,000. | 3,300. | 3,500. | 3,700. |
| Prescriptions | 1,200. | 1,300. | 1,400. | 1,600. | 1,700. |
| Recreation | 2,000. | 2,000. | 2,200. | 2,500. | 2,500. |
| Charity | 600. | 600. | 600. | 700. | 700. |
| Life Ins. Rick/Pam | 2,100. | 2,100. | 2,100. | 2,100. | 2,100. |
| Life Ins. 2nd to Die | 8,000. | 8,000. | 8,000. | 9,000. | 9,000. |
| Personal Art. Insurance | 500. | 500. | 525. | 550. | 550. |
| Home Eq. Credit Line | 43,392. | 0 | 0 | 0 | 0 |
| Auto Lease | 12,288. | 12,288. | 12,288. | 7,200. | 7,200. |
| Auto Insurance | 1,200. | 1,200. | 1,300. | 1,100. | 1,100. |
| Auto Gas | 3,000. | 3,000. | 3,300. | 2,200. | 2,200. |
| Homeowners Assn. | 360. | 0 | 0 | 0 | 0 |
| Garbage | 700. | 800. | 800. | 900. | 900. |
| Personal Grooming | 1000. | 1,000. | 1,000. | 1,100. | 1,100. |
| Pet Care | 900. | 900. | 950. | 970. | 970. |
| School Tuition/Food | 1,800. | 2,000. | 2,100. | 2,200. | 2,200. |
| After School Activities | 1,700. | 2,000. | 2,100. | 2,200. | 2,200. |
| Braces/Glasses | 1,000. | 1,000. | 1,500. | 4,000. | 4,000. |
| Moving Expenses | 0 | 3,000. | 0 | 0 |  |
|  |  |  |  |  |  |
| Total Expenses | 153,860. | 123,128. | 123,403. | 123,960. | 125,110. |

EXHIBIT C

| Business Expenses | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Cell Phone | 2,700. | 2,800. | 2,850. | 2,900. | 2,900. |
| Gas (Heating) | 2,800. | 2,900. | 3,000. | 3,100. | 3,100. |
| Phone/Internet | 2,700. | 2,900. | 3,100. | 3,100. | 3,200. |
| Electric | 3,700. | 4,000. | 4,100. | 4,100. | 4,200. |
| Water/Sewer | 600. | 650. | 700. | 700. | 750. |
| Garbage | 900. | 1,000. | 1,100. | 1,100. | 1,100. |
| Window Cleaning | 388. | 400. | 425. | 425. | 450. |
| Rent | 35,400. | 36,500. | 37,595. | 38,722. | 39,883. |
| Advertising | 18,000. | 24,000. | 26,000. | 29,000. | 29,000. |
| Accounting | 5,400. | 6,000. | 6,200. | 6,200. | 6,500. |
| X-Ray | 678. | 678. | 0 | 0 | 0 |
| Orthopedic Supplies | 6,000. | 6,500. | 7,000. | 6,000. | 6,200. |
| Health/Dental Ins. | 14,856. | 15,800. | 16,500. | 17,698. | 18,200. |
| Legal | 8,000. | 6,000. | 3,000. | 3,000. | 1,000. |
| Office Supplies | 3,000. | 2,500. | 3,000. | 3,000. | 3,200. |
| Magazines/Journals | 1,200. | 1,500. | 1,600. | 1,700. | 1,700. |
| Business Liability Ins. | 1,300. | 1,400. | 1,450. | 1,500. | 1,500. |
| Malpractice Ins. | 3,192. | 3,200. | 3,300. | 3,400. | 3,500. |
| Repair/Maintenance | 4,800. | 6,000. | 8,000. | 7,000. | 7,000. |
| Bank Charges | 420. | 420. | 420. | 420. | 420. |
| Payroll | 52,800. | 54,384. | 56,015. | 57,015. | 58,725. |
| Work Comp. Ins. | 600. | 700. | 750. | 850. | 850. |
| Charity/Donations | 1,200. | 1,400. | 1,400. | 1,400. | 1,400. |
| Quarterly Taxes | 6,000. | 8,500. | 9,000. | 9,000. | 9,000. |
| Auto Lease | 14,316. | 14,316. | 14,316. | 8,000. | 8,000. |
| Auto Ins. | 1,200. | 1,200. | 1,200. | 1,100. | 1,100. |
| Gas (Auto) | 3,000. | 4,000. | 4,000. | 3,000. | 3,000. |
| Continuing Education | 1,000. | 1,200. | 1,500. | 1,500. | 1,500. |
| Federal Taxes(Owners) | 7,000. | 14,000. | 15,000. | 15,000. | 15,000. |
| Equipment Purchases | 1,000. | 2,000. | 2,000. | 2,000. | 1,000. |
| | | | | | |
| Total Expenses | 204,150. | 226,848. | 234,521. | 231,930. | 233,378. |
| | | | | | |
| Funds Available for Plan Payments | 17,034. | 17,547. | 15,284. | 16,244. | 17,367. |