IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 07 B 07395 |
| RICHARD KORTAN ) | |
| PAMELA KORTAN, ) | Hon. Eugene Wedoff |
| ) | |
| Debtors and Debtors in Possession. ) | |

### FINAL DECREE

Whereas, the Debtors, Richard and Pamela Kortan, filed a voluntary petition under Title 11, Chapter 11, in the United States Bankruptcy Court for the Northern District of Illinois, on April 24, 2007;

Whereas, a Plan of Reorganization (the "Plan") was confirmed by an Order of this Court on November 21, 2007;

Whereas, the Debtors have commenced distribution under the Plan;

Whereas, no adversary proceedings have been filed in this case;

Whereas, the Debtors have remained in control of their property and Richard Kortan has continued to operate his business pursuant to the Plan;

Whereas, the Debtors are current in the payment of all fees to the United States Trustee;

Whereas, the Plan has therefore been substantially consummated;

Whereas, Federal Rule of Bankruptcy Procedure 3022 provides for the entry of a final decree;

IT IS ORDERED:

1) The Debtors are discharged of all debts provided for in the Plan, effective as of the date that all payments are made pursuant to the Plan;

2) a Final Decree is hereby entered; and

3) this case is closed.

Dated: 3 0 JAN 2008

ENTER
The Honorable Eugene Wedoff
United States Bankruptcy Judge

Drafted by: Forrest L. Ingram, P.C.